Judgment in a Civil Case
_____

United States District Court
_____WESTERN DISTRICT OF NEW YORK_____

| | |
|---|---|
| ROBERT W. JOHNSON | **JUDGMENT IN A CIVIL CASE** <br> CASE NUMBER: 23-CV-141 |
| v. | |
| ERIE COUNTY MEDICAL CENTER CORPORATION, ET AL | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the case is dismissed without prejudice.

| | |
|---|---|
| Date: February 6, 2024 | MARY C. LOEWENGUTH <br> CLERK OF COURT |
| | By: s/ Colin <br>      Deputy Clerk |